UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
                                                    )
v.                                                  )          NO. 3:13-00011
                                                    )          JUDGE CAMPBELL
FERNANDO VICENCIO-GODOY, et al.    )


ORDER

The Court attempted to hold a status conference in this case on February 25, 2013, but

counsel for Defendant Vicencio-Godoy did not attend. Accordingly, the status conference is

CANCELLED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE