# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Fernando Vicencio Godoy | ) | Case No: 3:13-00011-01 |
| | ) | USM No: 21479-075 |
| Date of Original Judgment: Nov. 20, 2013 | ) | |
| Date of Previous Amended Judgment: N/A | ) | Jerry Gonzalez |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    fifty-one (51)    months **is reduced to**    forty-one (41) months    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    Nov. 20, 2013    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  December 23, 2014

*Judge's signature*

Effective Date:  November 1, 2015         Todd J. Campbell, U.S. District Judge
*(if different from order date)*              *Printed name and title*